# Morgan Lewis

**Blair J. Robinson**
Partner
+1.212.309.6345
Blair.Robinson@morganlewis.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2020
```

February 18, 2020

**BY ECF ONLY**

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Judge, Southern District of New York
United States Courthouse
40 Foley Square, Room 240
New York, New York  10007

Re:     *Ibrahim v. Fidelity Brokerage Services LLC*, Case No. 1:19-cv-03821-VEC

Dear Judge Caproni:

    I write on behalf of Defendant Fidelity Brokerage Services LLC ("Defendant") in the above-referenced matter to respectfully request a brief adjournment of the February 21, 2020 initial conference (scheduled for 10:00 a.m.).  Defense counsel has another matter which requires out-of-town travel to Philadelphia on February 20-21.  Counsel for the parties have conferred and are available next week in the afternoon on Tuesday, February 25, all day Wednesday, February 26, or in the afternoon on Thursday, February 27.  Accordingly, Defendant respectfully requests a brief adjournment of the February 21 initial conference until next week or as may otherwise be convenient for the Court.

    This is Defendant's first request for an adjournment of the initial conference.  Plaintiff's counsel consents to this request.

    Thank you for the Court's consideration.

Respectfully submitted,

*/s/ Blair J. Robinson*

Blair J. Robinson, *Counsel for Defendant*

cc:  All Counsel of Record (by ECF)

---

The parties are advised that the Court holds civil conferences at 10:00 A.M. on Fridays.  The February 21 conference is adjourned to **February 28, 2020, at 10:00 A.M.**

SO ORDERED.                    Date: 02/18/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE