USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MAIE IBRAHIM,                                                      :
                              Plaintiff,   :
                                            :   19-CV-3821 (VEC)
          -against-                                    :
                                            :   ORDER
                                            :
FIDELITY BROKERAGE SERVICES LLC,                                   :
                                            :
                             Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties are scheduled to appear for a status conference on **Friday, November 6, 2020, at 10:00 A.M.**;

      IT IS HEREBY ORDERED that all parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 3821. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date:  November 2, 2020
       New York, New York

                                                    **VALERIE CAPRONI**
                                             **United States District Judge**