```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MAIE IBRAHIM,                                  :
                           Plaintiff,   :
                                      :   19-CV-3821 (VEC)
       -against-                   :
                                      :   <u>ORDER</u>
                                      :
FIDELITY BROKERAGE SERVICES LLC,  :
                                      :
                       Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for a status conference on November 6, 2020;

      IT IS HEREBY ORDERED that any Motion for Summary Judgement must be filed by no later than **Friday, February 5, 2021**.  A response in opposition to the Motion is due no later than **Friday, March 5, 2021**.  A reply in support of the Motion is due no later than **Friday, March 19, 2021**.  The parties will be referred to their assigned Magistrate Judge for a settlement conference in a separate order.

**SO ORDERED.**

Date:  November 6, 2020
       New York, New York

                                                         **VALERIE CAPRONI**
                                                    **United States District Judge**