```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MAIE IBRAHIM,

                            Plaintiff,                    **ORDER SCHEDULING TELEPHONE CONFERENCE**

    -against-

                                                             **19-CV-3821 (VEC)**

FIDELITY BROKERAGE SERVICES LLC,

                            Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 44).  A telephone conference will be held on **Wednesday, November 18, 2020 at 2:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: November 6, 2020
       New York, New York

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge